KENNETH FRUCHT, State Bar No. 178881
FREDERICK J. GEONETTA, State Bar No. 114824
**GEONETTA & FRUCHT, LLP**
825 Washington Street, Suite 220
Oakland, CA  94607
Telephone:  (510) 254-3777

Attorneys for Plaintiff Louis Galvan

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE GALVAN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STANISLAUS COUNTY, DEPUTY JUSTIN WALL, DEPUTY JOSHUA SANDOVAL, DEPUTY EARL GAARDE,<br><br>DEPUTY DEREK CROWLEY<br><br>and DOES 1-25, inclusive,<br><br>　　　　Defendants. | **CASE NO.: 1:21-cv-01641-DAD-BAM**<br><br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO MODIFY SCHEDULING ORDER |

　　　　WHEREAS the Court issued a modified Scheduling Order on April 21, 2023 (Dkt. #19), and WHEREAS the Court set an expert disclosure date of July 7, 2023, and a trial date of March 24, 2024, and

**1**

Galvan v. Modesto, et al., Case No.  1:21-cv-01641-DAD-A+BAM

WHEREAS the parties have diligently pursued discovery, are working cooperatively and are attempting to complete discovery pursuant to the Court's Scheduling Order, and

WHEREAS because Plaintiff's expert designee recently suffered a broken ankle and a partial concussion,

NOW THEREFORE the Parties have met and conferred and hereby jointly request and stipulate, pursuant to Local Rules 6-1(b), 6-2, and 7-12, to the following modification of the Scheduling Order as follows:

Expert Disclosures shall be July 10, 2023.   All other dates shall remain unchanged.

**IT IS SO STIPULATED**

Respectfully submitted,

GEONETTA & FRUCHT, LLP

Dated:  July 7, 2023

By:  */s/ Kenneth N. Frucht*
     KENNETH N. FRUCHT

Attorneys for Plaintiff

MORDAUNT, ROUNDY, REIHL, & JIMERSON

Dated:  July 7, 2023

By:  */s/ Curtis Jimerson*
     CURTIS JIMERSON

Attorneys for Defendants

## ORDER

Pursuant to stipulation and good cause appearing, the parties' stipulation to modify the scheduling order modified as follows: Expert Disclosures shall be made **on or before July 10, 2023**.  All other dates shall remain unchanged.
IT IS SO ORDERED.

Dated: **July 7, 2023**         /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE