Curtis E. Jimerson, Esq., Bar No. 232054
MORDAUNT, ROUNDY, REIHL & JIMERSON
A Professional Law Corporation
7488 Shoreline Drive, Suite B1
Stockton, CA  95219
Telephone: (209) 473-8732
Telephone: (209) 473-8732
cjimerson@mrrjlaw.com

Attorneys for Defendants
STANISLAUS COUNTY, DEPUTY JUSTIN WALL,
DEPUTY JOSHUA SANDOVAL, AND DEPUTY EARL GAARDE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE GALVAN,<br><br>         Plaintiff(s),<br><br>vs.<br><br>STANISLAUS COUNTY, DEPUTY JUSTIN WALL, DEPUTY JOSHUA SANDOVAL, DEPUTY EARL GAARDE, DEPUTY DEREK CROWLEY and DOES 1-25, inclusive,<br><br>         Defendant(s). | Case No. 1:21-CV-01641-DJC-DB<br><br>AMENDED STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER |

WHEREAS the Court issued a modified Scheduling Order on July 10, 2023 (Dkt #21), and

WHEREAS the Court set an expert disclosure date of July 7, 2023, Expert Discovery cutoff of September 15, 2023, Dispositive Motion Filing Deadline of October 13, 2023, and a trial date of March 24, 2024, and

WHEREAS the parties have diligently pursued discovery, are working cooperatively and are attempting to complete discovery pursuant to the Court's Scheduling Order, and

WHEREAS because Plaintiff's expert designee recently suffered a broken ankle and a partial concussion and is undergoing surgery, and

WHEREAS because Defendants' expert designee recently suffered catastrophic loss to his home and property due to hurricane Hillary,

NOW THEREFORE the Parties have met and conferred and hereby jointly request and

1

AMENDED STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER

stipulate to the following modification of the Scheduling Order as follows:

1. Expert Discovery Cutoff shall be November 30, 2023;

2. Dispositive Motion Filing Deadline shall be December 29, 2023; and

3. Dispositive Motion Hearing shall be February 15, 2024 at 1:30 p.m.;

3. The Final Pretrial Conference shall be June 13, 2024 at 1:30 p.m.; and

5. Jury Trial shall be August 5, 2024 at 9:00 a.m.

IT IS SO STIPULATED

Dated: September 19, 2023                MORDAUNT, ROUNDY, REIHL & JIMERSON

By: */s/ Curtis E. Jimerson*
Curtis E. Jimerson, Esq.
Attorneys for Defendants
STANISLAUS COUNTY, DEPUTY JUSTIN WALL, DEPUTY JOSHUA SANDOVAL, AND DEPUTY EARL GAARDE

Dated:  September 19, 2023                GEONETTA & FRUCHT, LLP

By: */s/ Kenneth N. Frucht*
Kenneth N. Frucht, Esq.
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation and good cause appearing, the parties' stipulation to modify the scheduling order is modified as follows:  Expert Discovery cutoff shall be November 30, 2023, Dispositive Motion Filing Deadline shall be December 29, 2023; Dispositive Motion Hearing shall be February 15, 2024 at 1:30 p.m.; the Final Pretrial Conference shall be June 13, 2024 at 1:30 p.m., and the Jury Trial shall be August 5, 2024 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  September 19, 2023            /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

Mordaunt, Roundy, Reihl & Jimerson
7488 Shoreline Dr.
Suite B1
Stockton, CA 95219
(209) 473-8732

2

AMENDED STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER