Curtis E. Jimerson, Esq., Bar No. 232054
MORDAUNT, ROUNDY, REIHL & JIMERSON
A Professional Law Corporation
7488 Shoreline Drive, Suite B1
Stockton, CA  95219
Telephone: (209) 473-8732
Facsimile:  (209) 957-9165
cjimerson@mrrjlaw.com; service@mrrjlaw.com

Attorneys for Defendants
STANISLAUS COUNTY, DEPUTY JUSTIN WALL,
DEPUTY JOSHUA SANDOVAL, AND DEPUTY EARL GAARDE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE GALVAN,<br><br>           Plaintiff(s),<br><br>vs.<br><br>STANISLAUS COUNTY, DEPUTY JUSTIN WALL, DEPUTY JOSHUA SANDOVAL, DEPUTY EARL GAARDE, DEPUTY DEREK CROWLEY and DOES 1-25, inclusive,<br><br>           Defendant(s). | Case No. 1:21-CV-01641-DJC-DB<br><br>**STIPULATION TO DISMISS *MONELL* CAUSE OF ACTION WITH PREJUDICE; AND ORDER THEREON** |

**WHEREAS** on November 11, 2021, Plaintiff, LOUISE GALVAN ("Plaintiff") filed his Complaint for: (1) 42 U.S.C. § 1983 - Excessive Force,  (2) 42 U.S.C. § 1983 - False Arrest, (3) 42 U.S.C. § 1983 - Unlawful Search and Seizure, (4) 42 U.S.C. § 1983 - First Amendment Violation, (5) 42 U.S.C. § 1983 - Malicious Prosecution and (6) 42 U.S.C. § 1983 - Monell Claim[1]  in this action against STANISLAUS COUNTY, DEPUTY JUSTIN WALL, DEPUTY JOSHUA SANDOVAL, DEPUTY EARL GAARDE, DEPUTY DEREK CROWLEY and DOES 1-25, inclusive, ("Defendants").

**WHEREAS** Plaintiff seeks to dismiss the following cause of action with prejudice: (6) 42 U.S.C. § 1983 - *Monell* Claim against STANISLAUS COUNTY.

/ / /

---

[1] Erroneously listed in the Complaint as the "FIFTH" CLAIM FOR RELIEF.

1

STIPULATION TO DISMISS *MONELL* CAUSE OF ACTION WITH PREJUDICE; AND ORDER THEREON

**IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendants, by and through their respective counsel, that:

1. Plaintiff's Sixth cause of action (erroneously listed as the "Fifth" Claim) 42 U.S.C. § 1983 under *Monell* is hereby dismissed with prejudice.

2. By agreeing to this Stipulation, Plaintiff is not waiving any right he has to pursue his remaining causes of action under 42 U.S.C. § 1983 for: Excessive Force, False Arrest, Unlawful Search and Seizure, First Amendment Violation and Malicious Prosecution against Defendants.

Dated:  December 5, 2023    MORDAUNT, ROUNDY, REIHL & JIMERSON

By:  */s/ Curtis E. Jimerson*
Curtis E. Jimerson, Esq.
Attorneys for Defendants
STANISLAUS COUNTY, DEPUTY JUSTIN WALL, DEPUTY JOSHUA SANDOVAL, AND DEPUTY EARL GAARDE

Dated: December 5, 2023    GEONETTA & FRUCHT, LLP

By:  */s/ Kenneth N. Frucht*
Kenneth N. Frucht, Esq.
Attorneys for Plaintiff

## ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

**IT IS HEREBY ORDERED** Plaintiff LOUISE GALVAN's Sixth Cause of Action (erroneously listed as the "Fifth" Claim) 42 U.S.C. § 1983 under *Monell* is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  December 6, 2023    /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE