Curtis E. Jimerson, Esq., Bar No. 232054
MORDAUNT, ROUNDY, REIHL & JIMERSON
A Professional Law Corporation
7488 Shoreline Drive, Suite B1
Stockton, CA  95219
Telephone: (209) 473-8732
Facsimile:  (209) 957-9165
cjimerson@mrrjlaw.com

Attorneys for Defendants
STANISLAUS COUNTY, DEPUTY JUSTIN WALL,
DEPUTY JOSHUA SANDOVAL, AND DEPUTY EARL GAARDE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE GALVAN,<br><br>Plaintiff(s),<br><br>vs.<br><br>STANISLAUS COUNTY, DEPUTY JUSTIN WALL, DEPUTY JOSHUA SANDOVAL, DEPUTY EARL GAARDE, DEPUTY DEREK CROWLEY and DOES 1-25, inclusive,<br><br>Defendant(s). | Case No. 1:21-CV-01641-DJC-DB<br><br>SECOND AMENDED STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER |

WHEREAS the Court issued a modified Scheduling Order on September 20, 2023 (Dkt #26), and

WHEREAS the Court set Expert Discovery Cutoff for November 30, 2023; Dispositive Motion Filing Deadline of December 29, 2023; Dispositive Motion Hearing of February 15, 2024 at 1:30 p.m.; Final Pretrial Conference of June 13, 2024 at 1:30 p.m.; and Jury Trial on August 5, 2024 at 9:00 a.m., and

WHEREAS the parties have diligently pursued and completed all fact and expert discovery pursuant to the Court's Scheduling Order, and

WHEREAS the parties wish to participate in mediation prior to the filing of dispositive motions, and

/ / /

1

SECOND AMENDED STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER

NOW THEREFORE the Parties have met and conferred and hereby jointly request and stipulate to the following modification of the Scheduling Order as follows:

1. Dispositive Motion Filing Deadline shall be April 15, 2024;

2. Dispositive Motion Hearing shall be June 6, 2024 at 1:30 p.m.;

3. The Final Pretrial Conference shall be August 15, 2024 at 1:30 p.m.; and

4. Jury Trial shall be October 15, 2024 at 9:00 a.m.

IT IS SO STIPULATED

Dated: December 28, 2023                                  MORDAUNT, ROUNDY, REIHL & JIMERSON

By:  */s/ Curtis E. Jimerson*
       Curtis E. Jimerson, Esq.
       Attorneys for Defendants
       STANISLAUS COUNTY, DEPUTY
       JUSTIN WALL, DEPUTY JOSHUA
       SANDOVAL, AND DEPUTY EARL
       GAARDE

Dated:  December 28, 2023                                 GEONETTA & FRUCHT, LLP

By:  */s/ Kenneth N. Frucht*
       Kenneth N. Frucht, Esq.
       Attorneys for Plaintiff

## **ORDER**

Pursuant to stipulation and good cause appearing, the parties' stipulation to modify the scheduling order is modified as follows:  Dispositive Motion Filing Deadline shall be April 15, 2024; Dispositive Motion Hearing shall be June 6, 2024 at 1:30 p.m.; Final Pretrial Conference shall be August 15, 2024 at 1:30 p.m., and the Jury Trial shall be October 15, 2024 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  December 28, 2023                                 /s/ Daniel J. Calabretta
                                                          THE HONORABLE DANIEL J. CALABRETTA
                                                          UNITED STATES DISTRICT JUDGE