Curtis E. Jimerson, Esq., Bar No. 232054
MORDAUNT, ROUNDY, REIHL & JIMERSON
A Professional Law Corporation
7488 Shoreline Drive, Suite B1
Stockton, CA 95219
Telephone: (209) 473-8732
Telephone: (209) 473-8732
cjimerson@mrrjlaw.com; service@mrrjlaw.com

Attorneys for Defendants
STANISLAUS COUNTY, DEPUTY JUSTIN WALL,
DEPUTY JOSHUA SANDOVAL, AND DEPUTY EARL GAARDE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE GALVAN,<br><br>          Plaintiff(s),<br><br>vs.<br><br>STANISLAUS COUNTY, DEPUTY JUSTIN WALL, DEPUTY JOSHUA SANDOVAL, DEPUTY EARL GAARDE, DEPUTY DEREK CROWLEY and DOES 1-25, inclusive,<br><br>          Defendant(s). | Case No. 1:21-CV-01641-DJC-DB<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANTS COUNTY OF STANISLAUS, DEPUTY JUSTIN WALL, DEPUTY JOSHUA SANDOVAL AND DEPUTY EARLE GAARDE** |

      IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, in its entirety and as to each and every defendant, including the Defendants COUNTY OF STANISLAUS, JUSTIN WALL, JOSHUA SANDOVAL and EARL GAARDE pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  The parties stipulate for each party to bear their own attorney's fees and costs.

Dated: April 23, 2024                           GEONETTA & FRUCHT, LLP

                                                     By:  */s/ Kenneth N. Frucht*
                                                                 Kenneth N. Frucht, Esq.
                                                                  Attorneys for Plaintiff

Mordaunt, Roundy, Reihl & Jimerson
7488 Shoreline Dr.
Suite B1
Stockton, CA 95219
(209) 473-8732

Dated: April 23, 2024                                MORDAUNT, ROUNDY, REIHL & JIMERSON

By: */s/ Curtis E. Jimerson*
Curtis E. Jimerson, Esq.
Attorneys for Defendants
STANISLAUS COUNTY, DEPUTY JUSTIN WALL, DEPUTY JOSHUA SANDOVAL, AND DEPUTY EARL GAARDE

## ORDER

**IT IS SO ORDERED:** The above captioned case and defendants, COUNTY OF STANISLAUS, JUSTIN WALL, JOSHUA SANDOVAL and EARL GAARDE shall be dismissed from this case with prejudice.

Dated: April 23, 2024                /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

Mordaunt, Roundy, Reihl & Jimerson
7488 Shoreline Dr.
Suite B1
Stockton, CA 95219
(209) 473-8732

2

STIPULATION AND ORDER TO DISMISS DEFENDANTS